**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02323-RPM-MEH

VERNELDA BONET,

      Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC, a Texas limited liability company,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

s/Richard P. Matsch

September 24th, 2013

_____    _____
DATE    U.S. DISTRICT JUDGE